United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOTSON,<br><br>            Plaintiff,<br><br>     v.<br><br>ST. JOSEPH HOSPITAL OF EUREKA, et al.<br><br>            Defendants.<br>_____/ | No. 08-4291 WDB<br><br>JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES |

Pursuant to Civil L.R. 3-12(c), this Court, *sua sponte*, refers the above-captioned case to Magistrate Judge Joseph C. Spero to consider whether this case is related to case **C 08-1861 JCS**, in which Plaintiff Malinda Dotson, and Defendant St. Joseph Hospital of Eureka are also parties.

Dated:  September 17, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Judge