1  James A. Zito, SBN 96272
   Attorney at Law
2  611 "L" Street, Suite A
   Eureka, CA 95501
3  Tel: (707) 269-0743
   Fax: (707) 269-0220
4  Attorneys for Plaintiff

5  Melissa K. Brown
   Assistant United States Attorney
6  United States Attorney's Office
   450 Golden Gate Avenue, 9th Floor, Box 36055
7  San Francisco, CA 94102-3495
   Tel: (415) 436-6962
8  Fax: (415) 436-6927
   E-Mail: melissa.k.brown@usdoj.gov
9  Attorneys for Defendant
   United States of America
10
11 Nancy K. Delaney, SBN 70617
   Nicholas R. Kloeppel, SBN 186165
12 MITCHELL, BRISSO, DELANEY & VRIEZE
   Attorneys at Law
13 814 Seventh Street
   P. O. Drawer 1008
14 Eureka, CA 95502
   Tel: (707) 443-5643
15 Fax: (707) 444-9586
   E-Mail: kradford@mitchelllawfirm.com
16 Attorneys for Defendants
   Zazueta, Wallace, Hamreus and Strachan

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 19  MALINDA DOTSON, | CASE NO.: CV-08-4291-SI |
| 20      Plaintiffs, | **STIPULATION AND ORDER** |
| 21  vs. | |
| 22  UNITED STATES OF AMERICA; FRANK ZAZUETA, M.D.; MEGAN E. HAMREUS, D.O.; CHRISTOPHER WALLACE, M.D.; ALEXANDER STRACHAN, M.D.; and DOES 1 through 25, inclusive, | |
| 26      Defendants. | |

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1
STIPULATION AND ORDER

1  The parties to this action represent, stipulate and jointly respectfully request the
2  following:
3  That the Case Management Conference presently scheduled for April 24, 2009, be
4  rescheduled to **May 8, 2009**. The reason for the request is counsel for the physician
5  defendants is scheduled to meet with the Magistrate Selection Panel on the morning of
6  May 8, 2009, in San Francisco and this will avoid multiple trips from counsel's office in
7  Eureka, California, to San Francisco.

8  DATED: April 14, 2009            LAW OFFICES OF JAMES A. ZITO

9
10                                  By: _____
                                        James A. Zito
                                        Attorneys for Plaintiffs
11
    DATED: April 14, 2009            UNITED STATES ATTORNEY'S OFFICE
12
13                                  By: _____
                                        Melissa K. Brown
14                                      Attorneys for Defendant
                                        United States of America
15
    DATED: April 14, 2009            MITCHELL, BRISSO, DELANEY & VRIEZE
16
17                                  By: _____
                                        Nancy K. Delaney
18                                      Attorneys for Defendants
                                        Zazueta, Wallace, Hamreus and Strachan
19
                                    * * * * *
20
                                    **ORDER**
21
22  IT IS ORDERED that the Case Management Conference scheduled for April 24,
23  2009, is continued to **May 8, 2009, at 2:~~30 p.m.~~** 3 p.m.
24  DATED: _____
25                                  _____
                                    HONORABLE SUSAN ILLSTON
26                                  United States District Court

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2

STIPULATION AND ORDER