1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELISSA K. BROWN (CSBN 203307)
   Assistant United States Attorney
4      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
5      Telephone: (415) 436-6962
       FAX: (415) 436-6748
6      melissa.k.brown@usdoj.gov
   Attorneys for Defendant
7
   JAMES A. ZITO, SBN 96272
8  Attorney at Law
   611 "L" Street, Suite A
9  Eureka, CA  95501
   Tel: (707) 269-0743
10 Fax: (707) 269-0220

11 Attorneys for Plaintiff

12 NANCY K. DELANEY, SBN 70617
   NICHOLAS R. KLOEPPEL, SBN 186165
13 MITCHELL, BRISSO, DELANEY & VRIEZE
   Attorneys at Law
14 814 Seventh Street
   P. O. Drawer 1008
15 Eureka, CA  95502
   Tel:  (707) 443-5643
16 Fax: (707) 444-9586
   E-Mail:  kradford@mitchelllawfirm.com
17 Attorneys for Defendants, Zazueta, Wallace, Hamreus and Strachan

18

19                    UNITED STATES DISTRICT COURT

20                    NORTHERN DISTRICT OF CALIFORNIA

21                        SAN FRANCISCO DIVISION

22
   MALINDA DOTSON,              )   No. C 08-4291 SI
23                              )
          Plaintiff,             )   STIPULATION AND [PROPOSED]
24                              )   ORDER TO CONTINUE CASE
     v.                          )   MANAGEMENT CONFERENCE
25                              )
   UNITED STATES OF AMERICA,    )
26                              )
          Defendant.             )
27 _____)

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE
C 08-04291 SI

1  WHEREAS, on April 30, 2009, the Honorable District Court Judge Susan Illston issued
2  a Notice continuing the case management conference scheduled for May 8, 2009 at 3:00 p.m. to
3  May 11, 2009 at 3:00 p.m. in the above-captioned action;
4  WHEREAS, counsel for the plaintiff, Malinda Dotson ("Plaintiff") and counsel for the
5  defendant United States ("Federal Defendant") are not available on that date;
6  WHEREAS, counsel for the Federal Defendant contacted the clerk for the Court, Ms.
7  Sutton and was informed that the parties should submit a stipulation requesting the case
8  management conference be set for May 22, 2009;
9  WHEREAS, the Plaintiff, by and through her counsel, the Federal Defendant by and
10 through its counsel, and the defendants Frank A. Zazueta, M.D., Megan E. Hamreus, D.O.,
11 Christopher Wallace, M.D., and Alexander Strachan, M.D. ("Individual Defendants") by and
12 through their counsel, ("collectively, "the Parties") hereby submit this stipulation to continue the
13 case management conference currently set for May 11, 2009 at 3:00 p.m. to May 22, 2009 at 3:00
14 p.m.;
15 ACCORDINGLY, it is hereby agreed by the Parties, that the case management
16 conference currently set for May 11, 2009 at 3:00 p.m. be continued to May 22, 2009 at 3:00
17 p.m.
18 So Stipulated

DATED: May 4, 2009                        Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney

                                          /s/ Melissa Brown
                                          _____
                                          MELISSA K. BROWN
                                          Assistant United States Attorney

DATED: May 4, 2009

                                          JAMES A. ZITO
                                          Attorney at Law

                                          /s/ James A. Zito
                                   By:    _____
                                          JAMES A. ZITO
                                          Attorney for the Plaintiff

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE
C 08-04291 SI                              2

1
2   DATED: May 4, 2009                    NANCY DELANEY
                                          MITCHELL, BRISSO, DELANEY & VRIEZE
3
                                                /s/ Nancy Delaney
                                    By:   _____
4                                         Attorneys for Defendants
                                          Zazueta, Wallace, Hamreus and Strachan
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE
C 08-04291 SI                            3

# [PROPOSED ] ORDER

Pursuant to the stipulation of the parties, the case management conference currently set for May 11, 2009 at 3:00 p.m. is continued to May 22, 2009 at 3:00 p.m..

IT IS SO ORDERED



Dated: _____  _____

　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　United States District Court Judge