JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
MELISSA K. BROWN (CABN 203307)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6962
FAX: (415) 436-6748
melissa.k.brown@usdoj.gov
Attorneys for Federal Defendant

JAMES A. ZITO, SBN 96272
Attorney at Law
611 "L" Street, Suite A
Eureka, CA  95501
Tel: (707) 269-0743
Fax: (707) 269-0220

Attorneys for Plaintiff

NANCY K. DELANEY, SBN 70617
NICHOLAS R. KLOEPPEL, SBN 186165
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA  95502
Tel:  (707) 443-5643
Fax: (707) 444-9586
E-Mail:  kradford@mitchelllawfirm.com
Attorneys for Defendants, Zazueta, Wallace, Hamreus and Strachan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MALINDA DOTSON, | ) | No. C 08-04291 SI |
| | ) | STIPULATION AND [PROPOSED] |
| Plaintiff, | ) | ORDER TO CONTINUE CASE |
| | ) | MANAGEMENT CONFERENCE |
| v. | ) | |
| | ) | Date: November 6, 2009 |
| UNITED STATES OF AMERICA, et al. | ) | Time: 3:00 p.m. |
| | ) | Location Courtroom, 10, 19th Floor |
| Defendant. | ) | |
| _____ | ) | |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC - C 08-04291SI

1     WHEREAS, on the Honorable District Court Judge Susan Illston has scheduled a further case management conference in the above-captioned action for November 6, 2009 at 3:00 p.m.;

    WHEREAS, counsel for the defendant the United States of America ("Federal Defendant") has a conflict on that date due to a deposition in another matter and the current discovery schedule in that matter and requested counsel for plaintiff Malinda Dotson, and counsel for the defendants Frank A. Zazueta, M.D., Megan E. Hamreus, D.O., Christopher Wallace, M.D., and Alexander Strachan, M.D. ("Individual Defendants") if they would stipulate to continue the case management conference to November 13, 2009 to accommodate this conflict and they agreed;

    ACCORDINGLY, the Federal Defendant, Plaintiff and the Individual Defendants by and through their respective counsel hereby agree that the case management conference currently scheduled for November 6, 2009 be continued to November 13, 2009.

    So Stipulated.

DATED: October 27, 2009      Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Melissa Brown
_____
MELISSA K. BROWN
Assistant United States Attorney

DATED: October 27, 2009

JAMES A. ZITO
Attorney at Law

/s/ James A. Zito
By: _____
JAMES A. ZITO
Attorney for the Plaintiff

DATED: October 27, 2009      NANCY DELANEY
MITCHELL, BRISSO, DELANEY & VRIEZE

/s/ Nancy Delaney
By: _____
Attorneys for Defendants
Zazueta, Wallace, Hamreus and Strachan

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC - C 08-04291SI
2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED ] ORDER**

Pursuant to the stipulation of the parties, the case management conference currently set for November 6, 2009 at 3:00 p.m. is continued to November 13, 2009 at 3:00 p.m..

IT IS SO ORDERED



Dated: _____          _____
                                SUSAN ILLSTON
                                United States District Court Judge