UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALINDA DOTSON, | CASE NO.: CV-08-4291-SI |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY THE EXISTING SCHEDULING ORDER** |
| vs. | |
| UNITED STATES OF AMERICA; FRANK ZAZUETA, M.D.; MEGAN E. HAMREUS, D.O.; CHRISTOPHER WALLACE, M.D.; ALEXANDER STRACHAN, M.D.; and DOES 1 through 25, inclusive, | |
| Defendants. | |

MITCHELL, BRISSO, DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

The Court having considered the Joint Stipulation to Modify the Existing Scheduling Order submitted by counsel for plaintiff and counsel for defendants, hereby extends the date as requested in the Joint Stipulation. Alternatively, the Court resets the dates as follows:

| Description | Present Cutoff | new Proposed | ~~New Date~~ |
|---|---|---|---|
| General Discovery Cut-Off | 12/24/09 | 2/15/10 | ~~~~ |
| Designation of Experts | 1/29/10 | 3/15/10 | ~~~~ |
| Rebuttal Experts | 2/15/10 | 3/31/10 | ~~~~ |
| Expert Discovery Cut-Off | 4/16/10 | 4/30/10 | ~~~~ |

IT IS SO ORDERED.

DATED: _____

*Susan Illston*

HONORABLE SUSAN ILLSTON