| | |
|---|---|
| DOTSON, | No. C 08-04291 SI |
| Plaintiff, | **SECOND**<br>**PRETRIAL PREPARATION ORDER** |
| v. | |
| UNITED STATES OF AMERICA ET AL, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 25, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is July 30, 2010.

DESIGNATION OF EXPERTS: 8/27/10; REBUTTAL: 9/17/10.
   Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 15, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by November 12, 2010;

   Opp. Due November 26, 2010;  Reply Due December 3, 2010;

   and set for hearing no later than December 20, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 15, 2011 2010 at 3:30 PM.

JURY TRIAL DATE: February 28, 2011 at 8:30 AM.,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court continued the trial schedule as indicated above.
The parties shall participate in a further settlement conference with Magistrate-Judge Vadas in July 2010.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge