1  James A. Zito, SBN 96272
   Attorney at Law
2  611 "L" Street, Suite A
   Eureka, CA 95501
3  Tel: (707) 269-0743
   Fax: (707) 269-0220
4  Attorneys for Plaintiff

5  Joseph P. Russoniello, SBN 44332
   United States Attorney
6  Joann M. Swanson, SBN 88143
   Chief, Civil Division
7  Melissa K. Brown, SBN 203307
   Assistant United States Attorney
8  450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102-3495
9  Tel: (415) 436-6962
   Fax: (415) 436-6748
10 E-Mail: melissa.k.brown@usdoj.gov
   Attorneys for Defendant, United States of America
11
   Nancy K. Delaney, SBN 70617
12 Nicholas R. Kloeppel, SBN 186165
   MITCHELL, BRISSO, DELANEY & VRIEZE
13 Attorneys at Law
   814 Seventh Street
14 P. O. Drawer 1008
   Eureka, CA 95502
15 Tel: (707) 443-5643
   Fax: (707) 444-9586
16 E-Mail: kradford@mitchelllawfirm.com
   Attorneys for Defendants, Zazueta, Wallace, Hamreus and Strachan
17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALINDA DOTSON, | CASE NO.: CV-08-4291-SI |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER** |
| vs. | |
| UNITED STATES OF AMERICA; FRANK ZAZUETA, M.D.; MEGAN E. HAMREUS, D.O.; CHRISTOPHER WALLACE, M.D.; ALEXANDER STRACHAN, M.D.; and DOES 1 through 25, inclusive, | |
| Defendants. | |

1 The parties to this action represent, stipulate and jointly respectfully request the
2 following:
3 That the Case Management Conference presently scheduled for **June 25, 2010**, be
4 rescheduled to **July 2, 2010**.  This request is being made due to a scheduling conflict of
5 counsel for defendants Zazueta, Wallace, Hamreus and Strachan.

| | |
|---|---|
| DATED:  June 18, 2010 | LAW OFFICES OF JAMES A. ZITO |
| | By:  /s/ |
| | James A. Zito |
| | Attorneys for Plaintiff |
| DATED:  June 18, 2010 | UNITED STATES ATTORNEY'S OFFICE |
| | By:  /s/ |
| | Melissa K. Brown |
| | Assistant United States Attorney |
| | Attorneys for Defendant |
| | United States of America |
| DATED: June 18, 2010 | MITCHELL, BRISSO, DELANEY & VRIEZE |
| | By:  /s/ |
| | Nancy K. Delaney |
| | Attorneys for Defendants |
| | Zazueta, Wallace, Hamreus and Strachan |

\* \* \* \* \*

## [PROPOSED] ORDER

IT IS ORDERED that the Case Management Conference scheduled for June 25, 2010, is continued to **July 2, 2010, at 3:00 p.m.**

DATED:  _____            _____
                                  HONORABLE SUSAN ILLSTON
                                  United States District Court

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2
STIPULATION AND [PROPOSED] ORDER