James A. Zito, SBN 96272
Attorney at Law
611 "L" Street, Suite A
Eureka, CA  95501
Tel: (707) 269-0743
Fax: (707) 269-0220
Attorneys for Plaintiff

Melinda Haag, SBN 132612
United States Attorney
Joann M. Swanson, SBN 88143
Chief, Civil Division
Melissa K. Brown, SBN 203307
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA  94102-3495
Tel: (415) 436-6962
Fax: (415) 436-6748
E-Mail:  melissa.k.brown@usdoj.gov
Attorneys for Defendant, United States of America

Nancy K. Delaney, SBN 70617
Nicholas R. Kloeppel, SBN 186165
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA  95502
Tel:  (707) 443-5643
Fax: (707) 444-9586
E-Mail:  kradford@mitchelllawfirm.com
Attorneys for Defendants, Zazueta, Wallace, Hamreus and Strachan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALINDA DOTSON, | CASE NO.:  CV-08-4291-SI |
| Plaintiffs, | **JOINT STIPULATION TO MODIFY THE EXISTING SCHEDULING ORDER AND [PROPOSED] ORDER** |
| vs. | |
| UNITED STATES OF AMERICA; FRANK ZAZUETA, M.D.; MEGAN E. HAMREUS, D.O.; CHRISTOPHER WALLACE, M.D.; ALEXANDER STRACHAN, M.D.; and DOES 1 through 25, inclusive, | |
| Defendants. | |

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1
JOINT STIPULATION TO MODIFY THE EXISTING SCHEDULING ORDER

1  The parties in this case respectfully request modification of the existing
2  Scheduling Order as follows:
3  The parties agree to extend the fact discovery cut-off only to allow the completion
4  of the deposition of Malinda Dotson, and to allow for the Independent Medical
5  Examination of Malinda Dotson, both of which are currently scheduled for September 1,
6  2010.
7  Accordingly, the parties also agree to extend the expert disclosure deadline to
8  September 24, 2010 and the expert discovery cut-off to October 29, 2010.  Further, the
9  parties agree to move the last day to file a motion for summary judgment from November
10 12, 2010 to November 19, 2010.
11 The parties have been acting in good faith in complying with the current schedule
12 but will be unable to complete discovery under the present deadline due to scheduling
13 conflicts on behalf of the Plaintiff.  The parties believe it would impair proper
14 preparation and evaluation of this case if the requested modification is not granted.
15 **IT IS SO STIPULATED:**

DATED:  August 23, 2010           LAW OFFICES OF JAMES A. ZITO

                                  By: ___/s/_____
                                      James A. Zito
                                      Attorneys for Plaintiff

DATED:  August 23, 2010           MELINDA HAAG,
                                  UNITED STATES ATTORNEY


                                  By: ___/s/_____
                                      Melissa K. Brown
                                      Assistant United States Attorney
                                      Attorneys for Defendant
                                      United States of America

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

2
JOINT STIPULATION TO MODIFY THE EXISTING SCHEDULING ORDER

| | |
|---|---|
| DATED: August 23, 2010 | MITCHELL, BRISSO, DELANEY & VRIEZE |
| | By:   /s/ <br>     Nancy K. Delaney <br>     Attorneys for Defendants <br>     Zazueta, Wallace, Hamreus and Strachan |

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

JOINT STIPULATION TO MODIFY THE EXISTING SCHEDULING ORDER    3

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties, the fact discovery cut-off is extended from August 26, 2010 to September 1, 2010 for the purpose of allowing the completion of the deposition of Malinda Dotson and to allow the Independent Medical Examination of Malinda Dotson.  The expert disclosure deadline is extended from August 27, 2010 to September 24, 2010 and the expert discovery cut-off is extended from October 13, 2010 to October 29, 2010.  The last day to file a motion for summary judgment is continued from November 12, 2010 to November 19, 2010.

SO ORDERED

DATED: _____       _____
                                HONORABLE SUSAN ILLSTON
                                United States District Court Judge

MITCHELL, BRISSO,
DELANEY & VRIEZE
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

4
JOINT STIPULATION TO MODIFY THE EXISTING SCHEDULING ORDER