# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# EUREKA DIVISION

|  |  |
|---|---|
| MALINDA DOTSON,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | **Case No. 08-cv-04291-SI/NJV**<br><br>**ORDER SETTING STATUS CONFERENCE FOR NOVEMBER 9, 2010 at 2:00 p.m.** |

A telephonic status conference to discuss Plaintiff's request to change the location of the November 17, 2010 settlement conference will be held on Tuesday, November 9, 2010 at 2:00 p.m. at the Eureka Federal Courthouse. Counsel desiring to participate in the status conference via phone should notify Magistrate Judge Vadas' courtroom deputy, Gloria Masterson, at (707) 445-3612 or Gloria_Masterson@cand.uscourts.gov and follow these instructions:

To join the conference via phone, dial 1-888-684-8852 and enter access code 8120805. After the Court joins the conference as the host, you will be prompted to enter the security code 4487.

IT IS SO ORDERED

DATED: October 15, 2010

_____
The Honorable Nandor J. Vadas
U.S. District Court for the
Northern District of California