UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MALINDA DOTSON,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No.  08-cv-04291-SI/NJV<br><br>**ORDER VACATING STATUS CONFERENCE AND SETTLEMENT CONFERENCE** |

In light of the referral of this matter to Magistrate Judge Edward M. Chen, the status and settlement conferences that were scheduled before the undersigned are hereby VACATED.

IT IS SO ORDERED

DATED: November 5, 2010  _____
The Honorable Nandor J. Vadas
U.S. District Court for the
Northern District of California