| | |
|---|---|
| 1 | JAMES A. ZITO, SBN 96272 |
|   | Attorney at Law |
| 2 | 611 "L" Street, Suite A |
|   | Eureka, CA  95501 |
| 3 | Tel: (707) 269-0743 |
|   | Fax: (707) 269-0220 |
| 4 | Attorneys for Plaintiff |

MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CABN 172954)
Assistant United States Attorney
MELISSA K. B. SLADDEN (CABN 203307)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6962
   FAX: (415) 436-6748
   melissa.sladden@usdoj.gov
Attorneys for Defendant: United States of America

NANCY K. DELANEY, SBN 70617
NICHOLAS R. KLOEPPEL, SBN 186165
MITCHELL, BRISSO, DELANEY & VRIEZE
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA  95502
Tel:  (707) 443-5643
Fax: (707) 444-9586
Attorneys for Defendants, Zazueta, Wallace, Hamreus and Strachan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MALINDA DOTSON, | ) | No. C 08-04291 SI |
| | ) | |
|         Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO MODIFY THE PRETRIAL** |
|     v. | ) | **AND TRIAL SCHEDULE** |
| | ) | |
| UNITED STATES OF AMERICA, et al. | ) | |
| | ) | |
|         Defendant. | ) | |
| _____ | ) | |

STIPULATION AND [PROPOSED] ORDER - C 08-04291 SI

1  The parties, plaintiff Malinda Dotson, federal defendant United States of America and
2  individual defendants, Megan Hamreus, M.D., Frank Zazueta, M.D., Christopher Wallace, M.D.
3  and Alexander Strachan, respectfully request modification of the existing Scheduling Order as
4  follows:
5  WHEREAS, pursuant to the Order entered by this Court, pursuant to Stipulation of the
6  Parties ("Scheduling Order"), expert discovery closes on January 28, 2011;
7  WHEREAS, the parties have begun expert depositions, but due to scheduling conflicts
8  the parties will not be able to complete expert depositions before January 28, 2011;
9  WHEREAS, the parties have agreed to and respectfully request a modification in the
10 pretrial and trial schedule in this action as follows:
11 The plaintiff shall have until February 11, 2011 to complete the depositions of Raju
12 Gandhi, M.D. and Samuel LeBaron, M.D. and the Federal Defendant and Individual Defendants
13 shall have until March 18, 2011 to complete the deposition of Laurence Badgley, M.D..
14 IT IS SO STIPULATED

DATED: January 26, 2011          Respectfully submitted,

                                 MELINDA HAAG
                                 United States Attorney
                                       /s/ Melissa Brown
                                 _____
                                 MELISSA K. BROWN
                                 MICHAEL T. PYLE
                                 Assistant United States Attorney

DATED: January 26, 2011          LAW OFFICES OF JAMES A ZITO,
                                       /s/ James Zito
                                 _____
                                 JAMES A. ZITO
                                 Attorneys for Plaintiff, Malinda Dotson

DATED: January 26, 2011          MITCHELL, BRISSO, DELANEY & VRIEZE,
                                       /s/ Nancy Delaney
                                 _____
                                 NANCY K. DELANEY
                                 Attorneys for Individual Defendants,
                                 Zazueta, Wallace, Hamreus and Strachan

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties, the plaintiff shall have until February 11, 2011 to complete the depositions of Raju Gandhi, M.D. and Samuel LeBaron, M.D. and the Federal Defendant and Individual Defendants shall have until March 18, 2011 to complete the deposition of Laurence Badgley, M.D.

SO ORDERED

DATED: ___________________

HONORABLE SUSAN ILLSTON
United States District Court Judge