UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALINDA DOTSON,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-08-4291 SI (EMC)<br><br>**ORDER RE ATTENDANCE AT SETTLEMENT CONFERENCE** |

    IAN RUCKER, agency representative of the U.S. Department of Health and Human Services for Federal Defendant United States of America, filed his request for telephonic appearance at the settlement conference (*see* Docket No. 65) scheduled for March 3, 2011. The request was opposed.

    The Court will permit IAN RUCKER to appear by telephone on the condition that if the Court concludes that the absence of IAN RUCKER impedes the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including IAN RUCKER, and assess Federal Defendant for the costs incurred by the parties resulting from attending a further settlement conference.

    This order disposes of Docket No. 65.

    IT IS SO ORDERED.

Dated: February 28, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge