IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALINDA DOTSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA, ET AL,<br><br>　　　　Defendants.<br>_____/ | No. C 08-04291 SI<br><br>**JUDGMENT** |

　　　Plaintiff settled with defendant United States. The remaining defendants' motion for summary judgment has been granted. Accordingly, judgment is entered in favor of defendants Zazueta, Wallace, Hamreus and Strachan and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 9, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge