MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
MELISSA K. B. SLADDEN (CABN 203307)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6962
FAX: (415) 436-6748
melissa.sladden@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MALINDA DOTSON, | No. C 08-04291 SI |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| UNITED STATES OF AMERICA, et al. | |
| Defendant. | |

C 08-04291 SI

1   IT IS HEREBY STIPULATED by and between plaintiff Malinda Dotson and defendant
2   United States of America by and through their designated counsel that the above-captioned
3   action only as against the United States of America be and hereby is dismissed with prejudice
4   pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Each party shall bear its own fees and
5   costs.

LAW OFFICES OF JAMES A. ZITO

DATED: March 7, 2011

James A. Zito, Plaintiff

DATED: July 12, ~~March~~ __, 2011

MELINDA HAAG
United States Attorney

Melissa Sladden
Assistant United States Attorney



IT IS SO ORDERED
Judge Susan Illston

C 08-04291 SI                                   2